452 A.2d 45

Commonwealth v. Burgos, Appellant.

Submitted June 21, 1982. Kenneth L. Mirsky, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed.